**IN THE UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| Christopher Yarbro, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 25 C 50261 |
| v. | ) | |
| | ) | Hon. Margaret J. Schneider |
| | ) | |
| Unknown Rockford Police Officer., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## REPORT AND RECOMMENDATION

This 42 U.S.C. § 1984 prisoner civil rights action was filed by Plaintiff on June 12, 2025, along with an application to proceed *in forma pauperis* [1], [4]. The Court denied Plaintiff's application to proceed *in forma pauperis* on June 16, 2025, and noted in the order that Plaintiff had a "continuing obligation to keep the Court apprised of his current address, and failure to do so will result in dismissal of this action for failure to comply with a court order and for want of prosecution." [6]. After being granted leave to proceed *in forma pauperis*, on November 6, 2025, Plaintiff was allowed to proceed with his amended complaint against Defendants Douglas Ivy and Jacob Limberg [12]. On December 31, 2025, the Court entered an order setting this case for an initial status conference and ordered the parties to file a proposed case management order [17]. The Clerk sent a copy of the notice to Plaintiff at his last known address, the Winnebago County Jail. On January 14, 2026, the notice that was sent to Plaintiff was returned to the Clerk as undeliverable [20]. On January 20, 2026, Defendants filed a report with the Court noting that Plaintiff had been discharged from the Winnebago County Jail and they had been unable to contact him [21]. Defendants noted they searched the Illinois Department of Corrections' website and determined that Plaintiff was not in IDOC custody. *Id*. The Court held the initial status conference on February 3, 2026 [22]. Plaintiff failed to appear. The Court reset the conference and in the order warned Plaintiff that a failure to appear and participate in his litigation could result in the case being dismissed for want of prosecution [22]. The Clerk mailed the notice to Plaintiff's last known address, the Winnebago County Jail. The notice was returned to the Clerk as undeliverable [23]. The Court held the second telephonic conference on March 5, 2026, and Plaintiff, again, failed to appear [24]. Based on Plaintiff's repeated failures to appear and participate in the initial stages of this litigation, it is the Court's Report and Recommendation that the District Court dismiss this matter for want of prosecution. Fed. R. Civ. P. 41(b). Any objection to this Report and Recommendation must be filed by March 26, 2026. Failure to object may constitute a waiver of objections on appeal. *See Provident Bank v. Manor Steel Corp.*, 882 F.2d 258, 260–61 (7th Cir. 1989). The Clerk is directed to mail a copy of this order to Plaintiff's last-known address, as reflected on the docket.

Date: March 12, 2026                    ENTER:


*Margaret J. Schneider*
United States Magistrate Judge