**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| Christopher Yarbro (#119364), | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 25 C 50261 |
| v. | ) | |
| | ) | Hon. Iain D. Johnston |
| J. Limberg, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

By a Report and Recommendation dated March 12, 2026 [25], Magistrate Judge Schneider recommended that this Court dismiss this case for want of prosecution under Federal Rule of Civil Procedure 41(b). The parties did not object to the Report and Recommendation and the time to do so has passed. Fed. R. Civ. P. 72(b)(2). The Court finds no clear error with the Report and Recommendation. *See Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999) (unobjected portions of report and recommendation are reviewed for clear error). The Court therefore adopts the Report and Recommendation [25]. The Court is aware that Plaintiff's mail (the March 12, 2026, Report and Recommendation) was recently returned as undeliverable [27], but Plaintiff was warned throughout this case that it was his responsibility to keep the Court apprised of his address [*see* 6, 12, 22], and yet he failed to do so. The Court dismisses this action with prejudice for failure to prosecute. *See* Fed. R. Civ. P. 41(b); *James v. McDonald's Corp.*, 417 F.3d 672, 681 (7th Cir. 2005) (explaining that district court has inherent authority to dismiss case for lack of prosecution). The Clerk is directed to enter final judgment and mail a copy of this order and the judgment to Plaintiff at his last known address. This case is closed.

Date: April 1, 2026          By: _____
                                  Iain D. Johnston
                                  United States District Judge